## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: James M. Kukol                                           CHAPTER 13
      Rose M. Kukol aka Rosemarie Kukol
              Debtor                                   BKY. NO. 16-21881 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO
JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-K, as Servicer, and index
same on the master mailing list.

Re: Loan # Ending In: 0946

                        Respectfully submitted,

                        **/s/ Joshua I. Goldman, Esquire**
                        Joshua I. Goldman, Esquire
                        jgoldman@kmllawgroup.com
                        Attorney I.D. No. 205047
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        Phone: 215-825-6306
                        Fax: 215-825-6406
                        Attorney for Movant/Applicant