FILED
8/5/16 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| James M. Kukol | : | Case No. 16-21881 GLT |
| Rose M. Kukol | : | Chapter 13 |
| aka Rosemarie Kukol, | : | Related to Dkt. No. 26 |
| *Debtors* | : | (Also Relates to Dkt. No. 32) |
| | : | Hearing:  August 10, 2016 at 9:00 a.m. |
| The Bank of New York Mellon | : | |
| *Movant* | : | Related to Claim No. NA |
| | : | |
| vs. | : | |
| | : | |
| James M. Kukol | : | |
| Rose M. Kukol | : | |
| Ronda Winnecour, Trustee | : | |

**MOTION TO WITHDRAW REGARDING OBJECTION TO THE NOTICES OF MORTGAGE PAYMENT CHANGE FILED ON JUNE 2, 2016 AND JULY 1, 2016, BY THE BANK OF NEW YORK MELLON**

AND NOW, come the Debtors, James M. and Rose M. Kukol, by and through their attorney Abagale E. Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. This case was commenced on May 18, 2016 when the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Debtors filed an Objection to the Notice of Mortgage Payment Change Regarding Claim No. 0 on July 8, 2016 at Docket No. 26.

3. The Movant filed a Response to Debtors objection and provided the requested information on July 22, 2016.

4. The information provided resolves the Debtor's objections.

WHEREFORE, the Debtors, James M. and Rose M. Kukol, respectfully requests

this Honorable Court to withdraw the Objection to the Notice of Mortgage Payment

Change without prejudice.   The hearing set for August 10, 2016 is **cancelled**.


Respectfully submitted,


_August 3, 2016_ _
DATE

 _/s/ Abagale E. Steidl_ _
Abagale E. Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217


SO ORDERED
August 05, 2016

_____
GREGORY L. ADDONIO        cgt
U.S. Bankruptcy Judge


Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and
U.S. Trustee.  Movant shall file a certificate of service within 3 days hereof.

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                      Case No. 16-21881-GLT
James M. Kukol                                              Chapter 13
Rose M. Kukol
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: bsil            Page 1 of 1            Date Rcvd: Aug 05, 2016
                             Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
db/jdb          +James M. Kukol,   Rose M. Kukol,   1407 Beech Dr.,   Latrobe, PA 15650-2745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor James M. Kukol asteidl@steidl-steinberg.com,
               Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
               @steidl-steinberg.com
              Abagale E. Steidl    on behalf of Joint Debtor Rose M. Kukol asteidl@steidl-steinberg.com,
               Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
               @steidl-steinberg.com
              Andrew F Gornall    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 5