IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| James M. Kukol | : | Case No. 16-21881 GLT |
| Rose M. Kukol, | : | Chapter 13 |
| aka Rosemarie Kukol | : | Document No. |
| *Debtors* | : | |
| | : | Related to Docket No. 34 |
| The Bank of New York Mellon, | : | |
| *Movant* | : | |
| | : | |
| vs. | : | |
| James M. Kukol | : | |
| Rose M. Kukol, | : | |
| *Ronda Winnecour, Trustee* | : | |

**CERTIFICATE OF SERVICE**

I, Abagale Steidl, hereby certify under the penalty of perjury that on August 9, 2016, I served a true and correct copy of the *Order Approving Motion to Withdraw Regarding Objection to the Notices of Mortgage Payment Change Filed on June 2, 2016 and July 1, 2016 by the Bank of New York Mellon* by First Class Mail, U.S.P.S., and Certified Mail, U.S.P.S. on the following parties at the following addresses:

First Class Mail- U.S.P.S.

1) James and Rose Kukol, 1407 Beech Dr., Latrobe, PA 15650
2) Ronda Winnecour, Trustee, Suite 3250- USX Tower, 600 Grant St., Pittsburgh, PA 15219
3) Office of the U.S. Trustee, Suite 970- Liberty Center, 1001 Liberty Ave., Pittsburgh, PA 15222
4) Essa Gye, Assistant VP- Bank of America, 2380 Performance Dr., Richardson TX 75082
5) Alicia Fisher, 4 S Technologies LLC, 200 Sheffield St.- Suite 101, Mountainside, NJ 07092
6) Andrew F Gornall, Esq., KML Law Group, P.C., 701 Market Street-Suite 5000, Philadelphia, PA 19106

Service Executed: August 9, 2016         /s/ Abagale Steidl
                                         Abagale Steidl, Esquire
                                         Attorney for the Debtors
                                         STEIDL AND STEINBERG, P.C.
                                         Suite 2830- Gulf Tower
                                         707 Grant St.
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         PA ID 319217
                                         asteidl@steidl-steinberg.com