Form 237

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James M. Kukol** | : | Case No. 16−21881−GLT |
| **Rose M. Kukol** | : | Chapter: 13 |
| **aka Rosemarie Kukol** | : | |
| *Debtor(s)* | : | |
| | : | |
| Seterus, Inc. | : | Related to Claim No. N/A |
| *Movant,* | : | |
| | : | |
| v. | : | |
| James M. Kukol, | : | |
| Rose M. Kukol and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

    **AND NOW**, this **9th day of September, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Seterus, Inc.* at Claim No. N/A in the above−captioned bankruptcy case,

    It is hereby *ORDERED* that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James M. Kukol
Rose M. Kukol
  Debtors

Case No. 16-21881-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: bsil   Page 1 of 1   Date Rcvd: Sep 09, 2016
        Form ID: 237   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2016.
db/jdb    +James M. Kukol,   Rose M. Kukol,   1407 Beech Dr.,   Latrobe, PA 15650-2745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

   ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2016 at the address(es) listed below:
   Abagale E. Steidl   on behalf of Debtor James M. Kukol asteidl@steidl-steinberg.com,
    Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff@steidl-steinberg.com
   Abagale E. Steidl   on behalf of Joint Debtor Rose M. Kukol asteidl@steidl-steinberg.com,
    Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff@steidl-steinberg.com
   Andrew F Gornall   on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
    agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
   Jeniece D. Davis   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
    Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
    jeniece@mvrlaw.com,   bonnie@mvrlaw.com
   Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
   Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                        TOTAL: 6