**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **James M. Kukol** | Case No. 16–21881–GLT |
| **Rose M. Kukol** | Chapter: 13 |
| **aka Rosemarie Kukol** | |
| *Debtor(s)* | |
| | |
| Bank Of America, NA | Related to Claim No. 8 |
| *Movant,* | |
| | |
| v. | |
| James M. Kukol | |
| Rose M. Kukol | |
| aka Rosemarie Kukol | |
| Ronda J. Winnecour, Esq., Trustee | |
| *Respondent.* | |

## ORDER

    **AND NOW**, this **3rd day of November, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by **BANK OF AMERICA, N.A.** at Claim No. 8 in the above–captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                         Case No. 16-21881-GLT
James M. Kukol                                                 Chapter 13
Rose M. Kukol
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: aala              Page 1 of 1         Date Rcvd: Nov 03, 2016
                             Form ID: 237            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.
```
db/jdb         +James M. Kukol,   Rose M. Kukol,   1407 Beech Dr.,   Latrobe, PA 15650-2745
               +Bank Of America NA,   16001 N. Dallas Pkwy,   Addison, TX 75001-3311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:
```
          Abagale E. Steidl    on behalf of Debtor James M. Kukol asteidl@steidl-steinberg.com,
           Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
           @steidl-steinberg.com
          Abagale E. Steidl    on behalf of Joint Debtor Rose M. Kukol asteidl@steidl-steinberg.com,
           Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
           @steidl-steinberg.com
          Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           jeniece@mvrlaw.com,  bonnie@mvrlaw.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
           REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-K bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```