IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-21881 GLT |
| James M. Kukol ) | |
| Rose M. Kukol, ) | Chapter 13 |
|    *Debtors* ) | Claim No. 8 |
| ) | |
| James M. Kukol ) | Related to Docket No. 72 |
| Rose M. Kukol, ) | |
|    *Movants* ) | |
| ) | |
| Vs. ) | |
| ) | |
| The Bank of New York Mellon, serviced by Bank ) | |
| of America, ) | |
|    *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 27, 2017, a true and correct copy of the *Order of Court dated April 26, 2017* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Bank of America, N.A.
Attn: Marlene Brookman
16001 N. Dallas Parkway
Addison, TX 75001

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Date of Service: April 27, 2017

/s/ Abagale Steidl
Abagale E. Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217