FILED
4/26/17 7:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-21881 GLT |
| James M. Kukol | ) | |
| Rose M. Kukol, | ) | Chapter 13 |
| *Debtors* | ) | Claim No. 8 |
| | ) | |
| James M. Kukol | ) | Related to Dkt. No. 67 |
| Rose M. Kukol, | ) | Hearing: May 17, 2017 at 9:30 a.m. |
| *Movants* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| The Bank of New York Mellon, serviced by Bank | ) | |
| of America, | ) | |
| *Respondents* | ) | |

## MODIFIED DEFAULT ORDER

AND NOW, to wit this  26th  day of  April,  2017 it is hereby ORDERED, ADJUDGED and DECREED that the regular monthly mortgage payment to be paid to Bank of New York Mellon, serviced by Bank of America for the duration of this Chapter 13 Bankruptcy case is set at the sum of $640.00 per month. The Chapter 13 Trustee shall pay the sum of $640.00 per month each and every month to Bank of New York Mellon, serviced by Bank of America until the plan is completed. In the event that the monthly mortgage payment increases past the proposed $640.00 in any given month, Bank of New York will file a Notice of Mortgage Payment Change in accordance with the local rules of this Bankruptcy District and Debtors' counsel shall address any such Notice in accordance with the local rules of this Bankruptcy District.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Prepared by:  Abagale E. Steidl, Esq.

**DEFAULT ENTRY**

Dated: April 26, 2017

_____
Gregory L. Taddonio    cgt
United States Bankruptcy Judge

Case Administrator to serve:  Abagale E. Steidl, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-21881-GLT
James M. Kukol                                                        Chapter 13
Rose M. Kukol
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1            Date Rcvd: Apr 26, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
db/jdb         +James M. Kukol,   Rose M. Kukol,   1407 Beech Dr.,   Latrobe, PA 15650-2745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor James M. Kukol asteidl@steidl-steinberg.com,
               Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
               @steidl-steinberg.com
              Abagale E. Steidl    on behalf of Joint Debtor Rose M. Kukol asteidl@steidl-steinberg.com,
               Julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
               @steidl-steinberg.com
              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
               REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-K bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,    bonnie@mvrlaw.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
               REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-K bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9