**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JAMES M. KUKOL                                    Case No. 16-21881GLT
ROSE M. KUKOL

        Debtor(s)
RONDA J. WINNECOUR,                               Chapter 13
Standing Chapter 13 Trustee,

        Movant                                     Document No __
    vs.
UNITY TOWNSHIP (RE)

        Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

TAX COLLECTOR APPEARS TO BE UNWILLING TO ACCEPT PARTIAL PAYMENTS AND HAS RETURNED THE TRUSTEE'S DISTRIBUTION PURSUANT TO THE CONFIRMED PLAN. NO PROOF OF CLAIM HAS BEEN FILED.

UNITY TOWNSHIP (RE)                              Court claim# /Trustee CID# 5
C/O TAX COLLECTOR - CURR YR
152 BEATTY COUNTY RD
LATROBE, PA 15650-4709


The Movant further certifies that on 04/11/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
JAMES M. KUKOL, ROSE M. KUKOL, 1407 BEECH DR., LATROBE, PA 15650

DEBTOR'S COUNSEL:
ABAGALE E STEIDL ESQ, STEIDL & STEINBERG, GULF TOWER - 28TH FL, 707 GRANT ST, PITTSBURGH, PA 15219

ORIGINAL CREDITOR:
UNITY TOWNSHIP (RE), C/O TAX COLLECTOR - CURR YR, 152 BEATTY COUNTY RD, LATROBE, PA 15650-4709

NEW CREDITOR: