**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JAMES M. KUKOL                                    Case No. 16-21881GLT
ROSE M. KUKOL

            Debtor(s)
                                                  Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

            Movant                                Document No __
      vs.
UNITY TOWNSHIP (RE)


            Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.


UNITY TOWNSHIP (RE)                               Court claim# /Trustee CID# 5
C/O TAX COLLECTOR - CURR YR
152 BEATTY COUNTY RD
LATROBE, PA 15650-4709



The Movant further certifies that on 07/02/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                          /s/ Ronda J. Winnecour
                                          RONDA J WINNECOUR PA ID #30399
                                          CHAPTER 13 TRUSTEE WD PA
                                          600 GRANT STREET
cc:  debtor(s)                            SUITE 3250 US STEEL TWR
     original creditor                    PITTSBURGH, PA  15219
     putative creditor                    (412) 471-5566
     counsel for debtor(s)                cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
JAMES M. KUKOL, ROSE M. KUKOL,
1407 BEECH DR., LATROBE, PA
15650

DEBTOR'S COUNSEL:
ABAGALE E STEIDL ESQ, STEIDL &
STEINBERG, GULF TOWER - 28TH FL,
707 GRANT ST, PITTSBURGH, PA
15219

ORIGINAL CREDITOR:
UNITY TOWNSHIP (RE), C/O TAX
COLLECTOR - CURR YR, 152 BEATTY
COUNTY RD, LATROBE, PA
15650-4709

NEW CREDITOR: