**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   JAMES M. KUKOL
   ROSE M. KUKOL
        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:16-21881

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

July 26, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/18/2016 and confirmed on 7/7/16. The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 140,310.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 140,310.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,890.00 | |
|    Trustee Fee | 6,875.43 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,765.43 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 40,377.95 | 0.00 | 40,377.95 |
|     Acct: 0946 | | | | |
|   US BANK TRUST NA - TRUSTEE OF CHAL | 0.00 | 51,696.25 | 0.00 | 51,696.25 |
|     Acct: 9185 | | | | |
|   US BANK TRUST NA - TRUSTEE OF CHAL | 4,740.10 | 4,740.10 | 0.00 | 4,740.10 |
|     Acct: 9185 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 15,641.12 | 15,641.12 | 0.00 | 15,641.12 |
|     Acct: 0946 | | | | |
|   UNITY TOWNSHIP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0162 | | | | |
|   VASCO FCU* | 10,975.00 | 10,975.00 | 774.25 | 11,749.25 |
|     Acct: 5006 | | | | |
|   PHFA(*) | 1,679.34 | 1,679.34 | 121.08 | 1,800.42 |
|     Acct: 9180 | | | | |
| | | | | 126,005.09 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M. KUKOL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9-21 | | | | |
|   GREATER LATROBE SD/UNITY TWP (EIT) | 887.25 | 887.25 | 0.00 | 887.25 |
|     Acct: | | | | |
|   PA MUNICIPAL SERVICE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GREATER LATROBE SD (UNITY TWP) (PE | 171.00 | 171.00 | 0.00 | 171.00 |
|     Acct: 5846 | | | | |
|   UNITY TOWNSHIP (PERCAPITA) | 119.50 | 119.50 | 0.00 | 119.50 |
|     Acct: 3377 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 1,177.75 |
| Unsecured | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 4806 | 2,764.47 | 272.25 | 0.00 | 272.25 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 6968 | 1,463.34 | 144.11 | 0.00 | 144.11 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 2372 | 4,836.51 | 476.30 | 0.00 | 476.30 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 1865 | 4,182.52 | 411.89 | 0.00 | 411.89 |
| MIDLAND FUNDING LLC<br>Acct: 1927 | 1,995.35 | 196.50 | 0.00 | 196.50 |
| JPMORGAN CHASE BANK NA<br>Acct: 7511 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 2205 | 2,204.45 | 217.09 | 0.00 | 217.09 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 9604 | 2,108.43 | 207.64 | 0.00 | 207.64 |
| ECAST SETTLEMENT CORP<br>Acct: 1519 | 125.80 | 12.39 | 0.00 | 12.39 |
| VASCO FCU*<br>Acct: 5006 | 0.00 | 0.00 | 0.00 | 0.00 |
| VASCO FCU*<br>Acct: 5006 | 283.41 | 27.91 | 0.00 | 27.91 |
| WEST PENN POWER*<br>Acct: 7799 | 1,802.37 | 177.50 | 0.00 | 177.50 |
| GREATER LATROBE SD (UNITY TWP) (PE<br>Acct: 5846 | 1,425.00 | 140.33 | 0.00 | 140.33 |
| UNITY TOWNSHIP (PERCAPITA)<br>Acct: 3377 | 790.25 | 77.82 | 0.00 | 77.82 |
| ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,361.73 |

TOTAL PAID TO CREDITORS                                                              129,544.57

TOTAL CLAIMED
PRIORITY          1,177.75
SECURED          33,035.56
UNSECURED        23,981.90

Date: 07/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES M. KUKOL
    ROSE M. KUKOL
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-21881

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21881-GLT |
| James M. Kukol | Chapter 13 |
| Rose M. Kukol | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Jul 27, 2021 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James M. Kukol, Rose M. Kukol, 1407 Beech Dr., Latrobe, PA 15650-2745 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 2380 Performance Dr, Richardson, TX 75082-4333 |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, PO Box 31785, TAMPA, FL 33631-3785 |
| 14232244 | | Bank of America, P.O. Box 15227, Wilmington, DE 19886-5227 |
| 14232252 | + | Juniper, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14232255 | | PAMS, 336 Delaware Ave. Dept. P-GL, Oakmont, PA 15139-2138 |
| 14232256 | | PAMS, 336 Deleware Ave. Dept. P-UT, Oakmont, PA 15139-2138 |
| 14295835 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford CT 06143-1047 |
| 14288071 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14232258 | + | Unity Township- Westmoreland Co, Mark Burkhardt, Tax Collector, 152 Beatty County Rd., Latrobe, PA 15650-5464 |
| 14232259 | + | Vasco Federal Credit Union, 432 Depot St., Latrobe, PA 15650-1567 |
| 14791225 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14232245 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:13:42 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14232247 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:13:42 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14255199 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:13:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14232249 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:55 | Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14232251 | | Email/Text: blegal@phfa.org | Jul 27 2021 23:15:00 | HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14232250 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 23:13:41 | Chase (slate), P.O. Box 94014, Palatine, IL 60094 |
| 14232254 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:22 | Lowe's, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14267206 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 23:15:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14255973 | | Email/Text: blegal@phfa.org | Jul 27 2021 23:15:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14294753 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:13:56 | Portfolio Recovery Associates, LLC, POB 12914, |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14289819 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:41 | Norfolk VA 23541<br>Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14989050 | + | Email/Text: bknotices@snsc.com | Jul 27 2021 23:15:00 | U.S. Bank Trust National Association as Trustee, of Chalet Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14295885 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 27 2021 23:15:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Seterus, Inc., as the authorized subservicer for F |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON, Et Al... |
| cr | | U.S. Bank Trust National Association as Trustee of |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14232246 | *+ | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14232248 | *+ | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14232253 | *+ | Juniper, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14232260 | *+ | Vasco Federal Credit Union, 432 Depot St., Latrobe, PA 15650-1567 |
| 14232257 | ## | Seterus, P.O. Box 1077, Hartford, CT 06143-1077 |

TOTAL: 4 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2     User: jhel     Page 3 of 3
Date Rcvd: Jul 27, 2021     Form ID: pdf900     Total Noticed: 27

Date: Jul 29, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor James M. Kukol asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Rose M. Kukol asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Andrew F Gornall | on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-K bnicholas@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Joshua I. Goldman | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-K jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Joshua I. Goldman | on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust lorraine@mvrlaw.com diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Michael C. Mazack | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust mmazack@lynchlaw-group.com jmiller@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12